# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRANCH BANKING AND TRUST COMPANY,**

          **Plaintiff,**

**v.**                                           **Case No:   6:13-cv-1983-Orl-31TBS**

**NATIONAL FINANCIAL SERVICES, LLC and BETTY ROGERS,**

          **Defendants.**

_____

## FINAL JUDGMENT

THIS CAUSE having come before the Court on the Joint Motion for Entry of Separate Judgment (Doc. 123) filed by Defendant Betty Rogers ("Rogers") and Plaintiff Branch Banking and Trust Company ("BB&T").  The Court has reviewed the file and is fully advised.  It is hereby ORDERED and ADJUDGED as follows:

1.    In accordance with this Court's order dated January 9, 2015 (Doc. 97), summary judgment is hereby entered in favor of BB&T and against Rogers with respect to the Complaint.

2.    Rogers owes BB&T the following amounts under the term note as of February 10, 2015:

|     |     |     |
|-----|-----|-----|
| (a) | Unpaid principal: | $580,991.92 |
| (b) | Late Fee: | $29,191.49 |
| (c) | Interest at contract rate from 3/18/10-4/10/10: | $2,196.63 |
| (d) | Interest at default rate @18% from 4/11/10-7/31/12: | $241,366.72 |

(e)      Pledged Policy Payout on 8/1/12:      ($270,233.90)

(f)      Interest at default rate @18%
from 8/1/2012-2/10/2015):      <u>$252,473.63</u>

      Total:      $835,986.49

BB&T is also entitled to recover reasonable attorney's fees and costs.

3.      BB&T, whose address is c/o David S. Garbett, Esquire, Brickell City Tower, 80 S.W. 8th Street, Suite 3100, Miami, FL 33130, holds a first lien superior to the right, title and interest of Rogers and Defendant National Financial Services, LLC ("NFS") and all others claiming under Rogers and NFS for the total amount owing as specified in paragraph 2 above on all assets in the investment account numbered XXX-XX0356 pledged by Rogers and held by NFS ("Investment Account") and to possession of all proceeds from the disposition of the assets in the Investment Account.

4.      The Counterclaim (Doc. 15) is hereby dismissed with prejudice.

5.      As prevailing party, BB&T is entitled to recover reasonable attorney's fees and costs against Rogers.

6.      The Court retains jurisdiction to consider BB&T's amended motion for deficiency judgment (Doc. 118) including application for reasonable fees and costs.

7.      This final judgment is effective *nunc pro tunc* to February 10, 2015.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 23, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record