# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRANCH BANKING AND TRUST COMPANY,**

        **Plaintiff,**

**v.**                                            **Case No:   6:13-cv-1983-Orl-31TBS**

**NATIONAL FINANCIAL SERVICES, LLC and BETTY ROGERS,**

        **Defendants.**

## FINAL DEFICIENCY JUDGMENT

This matter came before the Court on the amended motion of Plaintiff Branch Banking and Trust Company ("BB&T") for deficiency judgment against Defendant Betty Rogers ("Rogers") (Doc. 118) ("Amended Motion"), Rogers' opposition (Doc. 124), and BB&T's reply (Doc. 129). The Court granted the Amended Motion (Doc. 131).  Accordingly, it is hereby Ordered and Adjudged that BB&T recovers from Rogers the following amounts ("Principal Judgment Amount") for which let execution issue forthwith:

| | | |
|---|---|---:|
| (a) | Principal: | $580,991.92 |
| (b) | plus late fee: | $29,191.49 |
| (c) | plus interest at contract rate from 3/18/10-4/10/10: | $2,196.63 |
| (d) | plus interest at default rate @18% from 4/11/10-7/31/12: | $241,366.72 |
| (e) | minus Pledged Policy Payout on 8/1/12: | ($270,233.90) |
| (f) | plus interest at default rate @18% | |

|   |   | from 8/1/2012-6/5/2015: | $283,910.87[1] |
|---|---|---|---|
| (g) | plus BB&T's reasonable attorney's fees: | | $201,206.92 |
| (h) | plus BB&T's costs: | | $14,286.05 |
| (i) | minus proceeds from investment account collateral: | | ($730,841.33) |
| | **Principal Judgment Amount:** | | **$352,075.37** |

2. The Principal Judgment Amount shall bear interest at the federal statutory rate of 0.26% *per annum*.

3. BB&T's address is c/o Susan Parham, Vice President, Direct Retail Lending, Branch Banking & Trust, 2825 Reynolda Road, Winston Salem, NC 27106-3110.

4. Rogers' address is 402 Sauders Road SE, Palm Bay, Florida 32909 and the last four digits of her social security number are xxx-xx-6957.

5. The Court retains jurisdiction to enforce the terms of this Final Judgment.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 5, 2015.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

---

[1] *Per diem* is $273.36.