UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRANCH BANKING AND TRUST
COMPANY,

    Plaintiff,

v.                                                Case No:   6:13-cv-1983-Orl-31TBS

NATIONAL FINANCIAL SERVICES, LLC
and BETTY ROGERS,

    Defendants.

## ORDER

On June 5, 2015, the Court entered a final money judgment for Plaintiff Branch Banking and Trust Company and against Defendant Betty Rogers (Doc. 133).   It does not appear from the docket that the judgment has been satisfied, or that it has been stayed.   The judgment provides for execution by Plaintiff (Id.).   "In aid of the judgment or execution, the judgment creditor or a successor in interest whose interest appears of record may obtain discovery from any person–including the judgment debtor–as provided in these rules or by the procedure of the state where the court is located."   FED. R. CIV. P. 69(a)(2).   Pending before the Court is Plaintiff's motion for the entry of an order compelling Defendant to comply with Florida procedure for the collection of judgments by completing the fact information sheet provided for by FLA. R. CIV. P. 1.560(b) (Doc. 133). The Florida rule states:

> In addition to any other discovery available to a judgment
> creditor under this rule, the court, at the request of the
> judgment creditor, shall order the judgment debtor or debtors
> to complete form 1.977, including all required attachments,
> within 45 days of the order or such other reasonable time as

> determined by the court. Failure to obey the order may be considered contempt of court.

FLA. R. CIV. P. 1.560(b).

Other courts in this circuit have required judgment debtors to complete the fact information sheet. See Tracfone Wireless, Inc. v. Holden Property Services, LLC, No. 1:14-cv-20959-KMM, ___ F.Supp.3d ___, 2015 WL 2182780 (S.D.Fla. May 8, 2015); PNC Bank, N.A. v. Kimbrough & Associates, LLC, No. 6:13-cv-1558-Orl-28KRS, 2015 WL 327533 (M.D.Fla. Jan. 23, 2015); American Home Assur. Co. v. Weaver Aggregate Transport, Inc., No. 5:10-cv-329-Oc-10PRL, 298 F.R.D. 692 (M.D.Fla. Mar. 19, 2014).

After due consideration, the motion is **GRANTED**. Defendant Betty Rogers is **ORDERED** to complete a Florida Rule of Civil Procedure Form 1.977 Fact Information Sheet, including all required attachments, and deliver same to counsel for Plaintiff, within forty-five days from the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on June 17, 2015.

*/s/ Thomas B. Smith*
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties